**AMBASSADOR HOTEL CO.,**
**Plaintiff—Appellee,**

v.

**WEI–CHUAN INVESTMENT; J&L Enterprises; Jeff Guey Yae Chen, Defendants,**

and

**Huei Shyong Huang; Jau H. Huang; Wei–Chuan Construction & Development, Inc., Defendants—Appellants.**

No. 01–56043.
D.C. No. CV–90–06626–RMT.

United States Court of Appeals,
Ninth Circuit.

Submitted March 15, 2002.*

Decided March 25, 2002.

Before KOZINSKI and GOULD, Circuit Judges, and CEBULL, District Judge.**

MEMORANDUM***

Substantial evidence supports the damages award, and the district court's computation of damages was not clearly erroneous. *See Ambassador Hotel Co. v. Wei–*

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Richard F. Cebull, United States District Judge for the District of Montana, sitting by designation.

*Chuan Inv.,* 189 F.3d 1017, 1024 (9th Cir. 1999). The district court did not abuse its discretion in awarding punitive damages. *See Yeti by Molly Ltd. v. Deckers Outdoor Corp.,* 259 F.3d 1101, 1111 (9th Cir.2001).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the